Lin-Hendel et. al.  v  Saudi Aramco et. al.

# Exhibit 3:

Plaintiff Dr. Lin-Hendel Patent Portfolio.

(A total of 10 pages)

RECEIVED

DEC 12 2019

Exhibit cover page for Lin-Hendel et. al. v. Saudi Aramco et. al.

# Exhibit 3: Catherine Lin-Hendel Patents

Go to: www.USPTO.gov or www.freepatentsonline.com; enter a patent number to access and obtain the specifications and claims of the patent

## Pink-Highlighted: Patents Infringed by Chinese Companies and Government Organizations

Pink highlight lindicates known Chinese infringements, Gray highlight indicates Infringement known but not yet investigated

### Automated Scrolling, Automated Change of Content

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 7,308,653; 7,712,044; 8,108,792; 8,850,352; 9,053,205; | Yes | Automated scrolling of browser content and automated activation of browser links; | 12/11/2007; 5/4/2010; 1/31/2012; 5/24/2012 | Infringed by almost every significant company and website in the world. A Short-List includes: 中油 (China Petroleum)、中石化 (China PetroChemical)、中国建築 (China Construction)、中国銀行 (Bank of China)、中国建設銀行 (China Construction Bank)、中国工商銀行 (China Industry and Commerce Bank)、中国農業銀行 (Agriculture Bank of China)、清華控股 Tsinghua Holdings)、清華紫光(Tsinghua Unigroup)、华为 (Huawei Group)、阿里巴巴 (Alibaba Group)、万达 集团(Wanda Group), 百度 (Baidu), 網易(Net Ease), 新浪 (Sina Group), etc.; Aramco.com; US: house.gov; apple.com; amazon.com; motorola.com; many more and increasing | An automatic scrolling (moving, changing) mechanism converts the displaying of an information repository into media that can actively present and "push" information to the users/viewers while retaining existing "pull" and ... |
| 9,405,852; | Yes | Automated Changing of Content Set Displaying in the Display Screen of a Browser and Automated Activation of Links Contained in the Displaying Content Set; | August 2. 2016 | | An automatic scrolling (moving) or automatic changing mechanism dynamically converts the displaying of an information repository into media that can actively present and "push" information to the users/viewers while retaining existing "pull," and enabling the information user to access further detail and related information related to the dislayed auto-scrolled or auto-changed information. |

### Short-Cut/Access Icon Vault

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 10,296,198 | Yes | Automated Changing of Content Set Displaying in a Designated Display Area of a Webpage Displaying on a Display Screen of A Browser | May 21. 2019 | Sam as above | |

| | | | | |
|---|---|---|---|---|
| 6,983,425 B2 | Yes | Short-Cut Icon Vault; | 1/3/2006 | A system and method for organizing and layering short-cut/Access icons according to category, using a single categorical access icon and layer individual access icons under it, for easy access and to reduce clutter and confusion. | Infringed by OS makers Apple, Google, Microsoft; most Computer and Smart Phone Makers, telecom, apps providers, including: Huawei, Shiaomi, Samsung, HTC, Apple, China Telecom, China Mobile, AT&T, Google, and many others. |

## Medical Devices

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 7,167,752 B2 | Yes, Chinese | Electronic Electrical and Electro-magnetic Health Enhancement and Stimulation Device; . | 1/23/2007 | infringed by a large number of Chinese makers of electro-stimulators imported to the US. | An electronic acu-point therapy aide and stimulating device implemented using a hand-held or palm-held electronic computing device or another computing device which may be a designated unit. The electronic acupressure aide and stimulating device allows a practitioner to apply a pulse sequence to a set of predetermined acu-points such as those related to acupressure, acupuncture, trigger points or Jin-Shin Jyutsu, to name a few. A displayed chart related to the acu-points identifies the health condition and the pulse sequence. |

## Othere Lin-Hendel Internet Patents

### Comparison Shopping/Dynamic Array Presentation

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 8,042,063 | Yes, 922 | Dynamic array presentation and multiple selection of digitally stored objects and corresponding link tokens | 10/18/2011 | | |
| 9,123,070 | Yes, 962 | Dynamic array presentation and multiple selection of digitally stored objects and corresponding link tokens for simultaneous presentation | 9/1/2015 | infringed by many e-commerce sites, including some Chinese sites. | A system and method for the multiple selection of digitally stored objects and the link-tokens of each selected object for simultaneous presentation and examination of the selected objects with... |
| 9,891,785 | | | 2/13/2018 | | |
| 13/274,166 | | | | | |
| 10,216,364 | | | 2/26/2019 | 9/1/2015 | |
| 14/841,813 | Yes | | | | |

## Personalized Online Shopping

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 7,328,177B1 | Yes | System and method for interactive, computer-assisted personalization of on-line merchandise purchases; | 2/5/2008 | Infringed by Master Card, Netflix, Amazon, MSN Shopping, Yahoo Shopping, and many other e-commerce sites. | |

## Interactive Online Auction

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 7,542,920 | | System for interactive computer-assisted on-line auctions | 6/2/2009 | | |
| 10282779  14/271,366 | | | 5/7/2019, 5/6/2014 | | |

## Interactive computer assisted object presentation

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 8,204,801 | Yes | System and method for interactive, computer-assisted object presentation | 6/19/2012 | Infringed by almost all US e-Commerce sites. | |
| 10,019,753 | Yes | System and method for interactive, computer-assisted object presentation | | Infringed by almost all US e-Commerce sites. | |

## One Click Navigation

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 8,438,487 | Yes, 1000 | Method and System for one click navigation and browsing of electronic media and their category structure as well as tracking the navigation and browsing thereof; | 5/7/2013 | Infringed by several US companies and websites, including **SouthWest Airlines** | An Active and Dynamic browsing history string enables users to jump to any page in a website or a document. |

## Virtual Reality

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 7,574,381; 7,899,719; 8,433,616 | Yes | System and Method for constructing and displaying active virtual reality cyber malls, show rooms, galleries, stores, museums and objects within;. | 8/11/2009; 3/01/2011; 4/30/2013; | Infringed by Occulus, Facebook, and more… | |

## List Shopping

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 9,870,587 15/583,361 10,115,150 | | | 1/16/2018 10/30/2018 | Infringed by Occulus, Facebook, and more… | |
| 8,195,573 | Yes | System and Method for List Shopping over a computer network; | 6/5/2012 | presently infringed by Netflix; however, this will become the way Internet shopping is done in the near future and the level of infringement will increase. | |

## Motion Picture e-Commerce

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 9,508,097 | | Method and System to Conduct Electronic Commerce through Motion Pictures or Life Performance Events. | 11/29/2016 | This patent will be very big. It will be the way movies/videos/entertainment is shown. Merchandize, clothes, Jewelry, cars, places, and services shown in the media can be made available for personalized purchase online | Systems and methods for enabling a viewer of a motion art form to select an object of interest from within the motion art form are disclosed. The system includes a computing device configured to:…. |
| 10,204,371, US20170046772 | | Method and System to Conduct Electronic Commerce through Motion Pictures or Life Performance Events. | /12/2019; Filed 10/ | This patent will be very big. It will be the way movies/videos/entertainment is shown. Merchandize, clothes, Jewelry, cars, places, and services shown in the media can be made available for personalized purchase online | Systems and methods for enabling a viewer of a motion art form to select an object of interest from within the motion art form are disclosed. The system includes a computing device configured to:…. |

## e-Card e-Commerce

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| US 14/216,837 | | Method and System for Conducting Electronic Commerce, Gifting, and Invitation Through Electronic Greeting Card and Greeting Video | Filed 3/17/2014; | | |

## Dynamic In-Situ Interactive Instructions

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 9,645,725 | Yes | Dynamic In-Situ Interactive Instruction | Apr-17 | Application # 15/226611, filed 8/2/2016; Patent issued on May 9, 2017. | A method and mechanism to display critical instructions in-situ and interactively for how to use a website, a document, or an operational manual of a system, while the information displayed on the webpages/documents/manual maybe moving or moved, the relevant instructions are displayed in a floating and present box independent of the background information. |

## Operating System, Computers, Smart Phones, Networks; and the Protection of the Above

### Short Cut Icon Vault

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 6,983,425 | Yes | Short-Cut Icon Vault; | 1/3/2006 | Infringed by Apple, Google, Microsoft and most Computer and Smart Phone Makers | A system and method for organizing and layering short-cut icons and other icons on various layer of Desktop Screen or Home Screen of an electronic display device utilizing a virtual filing cabinet for storing the icons to reduce clutter and confusion on large electronic device screens, and enable organized storage of the icons to be accessed at will in layers for smaller device display screens. |

## Computer and Network Protection against Cyber Threats

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 9,501,645 | System and Method for the Protection of Computers and Computer Networks against Cyber Threats; | Issued 11/22/2016 | This protection have nearing Zero risk of been hacked or infected through a network. As small IC processor hardware becomes cheaper, this protection method is becoming cost effective and affordable. |
| 10,116,690 | System and Method for the Protection of Computers and Computer Networks against Cyber Threats | Issued 10/30/2018 | This protection have nearing Zero risk of been hacked or infected through a network. As small IC processor hardware becomes cheaper, this protection method is becoming cost effective and affordable. |
| 15/290,416 app | | Filed 10/11/2016 | System and methods for protecting against cyber threats through a hardware cell layer separated from a body of a computer and/or a network of computers are disclosed. The connection from the protective cell layer is only made to the core when incoming data are thoroughly examed and passed as safe to forward to the body of computer or a network of computers. The system includes an external network accessing layer (ENAL) and a core computing asset overlaid by the ENAL. The ENAL comprises at least one external network access cell (ENAC), wherein the at least one ENAC contains at least one communications port, one or more processors, working and storage memories and is configured to be connectable to an external network and to inspect data received from the external network. The core computing asset is separated from the external network by the overlayer by the ENAL while an incoming access attempt and/or data is examed. |

## Medical Device

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 7,167,752 | Yes, Chinese | Electronic Electrical and Electro-magnetic Health Enhancement and Stimulation Device; . | 1/23/2007 | infringed by a large number of Chinese makers of electro-stimulators imported to the US. | An electronic acu-point therapy aide and stimulating device implemented using a hand-held or palm-held electronic computing device or another computing device which may be a designated unit. The electronic acupressure aide and stimulating device allows a practitioner to apply a pulse sequence to a set of predetermined acu-points such as those related to acupressure, acupuncture, trigger points or Jin-Shin Jyutsu, to name a few. A displayed chart related to the acu-points identifies the health condition and the pulse sequence. |

## Environmental Protection and Improvement

### Hydrocarbon/Oil Well Safety

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 9,057,243 | Yes | Enhanced hydrocarbon well blowout protection. | | problem of the infamouse British Patroleum (BP) in the Gulf of deep sea oil well explotion which resulted in wildly gushing oil and methane gas at the well head on the ocean floor. A Deep Sea Drilling Petro Consortium has at the mean time implementing some other aspects of this invention. | |
| 9,645,725 | Yes | Enhanced hydrocarbon well blowout protection. | 4/18/2017 | Application # US 14/740399, filed 6/16/2015; Patent issued 4/18/2017 | |
| 9,881,705 | Yes | Enhanced hydrocarbon well blowout protection, Continuation 1 | 2/27/2018 | Application # US 15/213,025 filed 7/18/2016 Patent Issued 1/30/2018 | a small part of this invention was used to solve the problem of the infamouse British Patroleum (BP) in the Gulf of deep sea oil well explotion which resulted in wildly gushing oil and methane gas at the well head on the ocean floor. A Deep Sea Drilling P |
| 9,903,179  US 15/267561 | Yes | Enhanced hydrocarbon well blowout protection, Continuation 2 | Issued 10/30/2018 | | |
| 10,113,382 15/893,975 | | Enhanced hydrocarbon well blowout protection, Continuation 3 | Applied 10/11/2016 | | |

## Water Reclamation

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 9,517,946 | | Method and System for Water Reclamation, Purification, and Reuse for Residential, Commercial, and Agricultural Applications. | 12/13/2016 | | |
| 15/349257 | | Method and System for Water Reclamation, Purification, and Reuse for Residential, Commercial, and Agricultural Applications. Filed | | | |

# Nuclear Reactor Safety, Explotion Prevention and Fire Extinquishing Using Liquid Nitrogen

| Patent # or Application # | Infringement ? | Title | Issue Date | Comments | Abstract |
|---|---|---|---|---|---|
| 9,396,822 | Yes | Emergency & Back Up Cooling for Nuclear Reactors. | 7/19/2016 | I used this invention to save Japan from having to evacuate Tokyo, and having a large part of Japan become uninhabitable as the Fukushima Daichi Nuclear Power Plants were having chain explotions. It was this invention that stopped the explotions and quickly cooled the reactors. The Japanese Cabinet Secretary at the time told me that the Japanese Government had many hundreds of Japanese nuclear scientists working on finding a solution, and the world had thousands helping, but no solution was in view, and Japan was evacuating Tokyo if I had not called him to give him my solution to that disaster. This was later confirmed in a book the Prime Minister worte of the events. Only the Prime Minister stated that un-exeptedly, God stepped to help the Japanese people. What he was really saying, is that God sent me to stepped in to help the Japanese people. | |
| 9,881,705 15/213,025 | Yes | Emergency & Back Up Cooling for Nuclear Reactors and Fire-Fighting without Using Water | Filed 7/18/2016 | Divisional Claims on the Fire Fighting Aspects. | Nitrogen is innert. It does not react with anything. When Liquid Nitrogen meets heat, it rapidly changes phase to gas, expanding tremendously in volume, dilute any combustion gases and starve a fire and/or pending fire and explosions of oxygen, thus put out the fire and prevents explosion. |