Lin-Hendel et. al.  v  Saudi Aramco et. al.

# Exhibit 5A

Infringement Notification Letters sent to Saudi Aramco

on 9/20/2017 & 3/22/2019

(A total of 19 pages)

RECEIVED

DEC 12 2019

AT 8:30_____H
WILLIAM T. WALSH, CLERK

Exhibit cover page for Lin-Hendel et. al. v. Saudi Aramco et. al.

|  | Make Communications & Computing | Dr. Catherine G. Lin-Hendel, Ph.D. **Physicist** |
| --- | --- | --- |
| | MCC Invent   MCCIP<br>Important Solutions for Serious Problems | 26 Ridge Road, Summit, NJ 07901<br>Catherine@mccinvent.com<br>Cell: 408-761-3559; Land: 908-273-3378 |

March 22, 2019                                                                                         Sent by Email and US Postal Air Mail

Subject: Notification to Saudi Aramco on infringement of US Patents 8,108,792 and 9,405,852

Saudi Aramco Board and Executive Management
President and Chief Executive Officer of Saudi Aramco
Mr. Amin H. Nasser
Senior vice president, general counsel and corporate secretary
Mr. Nabeel A. Al Mansour

Corporate Communications Department, Saudi Aramco,
North Admin Building, Dhahran 31311, Saudi Arabia
Email: webmaster2@aramco.com; international.media@aramco.com
Telephone:  +966 13 872 0115

Dear Mr. Nasser and Mr. Al Mansour:

This is a second letter of notification to the Saudi Aramco and its subsidiaries on the unauthorized use of at least two of patented inventions among my Intellectual Property (IP) protected by the following US patents: 7,308,653、7,712,044、8,108,792、8,850,352、9,053,205、9,405,852. The family of patents teaches various methods and systems to dynamically and automatically change the displaying of content in at least one designated prime display areas of a webpage dynamically displaying multiple sets of images/content-sets in a time-sharing fashion in the same designated prime display area.

The unauthorized use of patented inventions is a serious matter constituting Intellectual Property (IP) theft. I am sending this 2nd notification to include the first notification including the example claim-chart constructed from http://www.saudiaramco.com/en/home.html  in September 2017, while adding two new example claim-charts constructed from recent screen captures of the homepages of the websites of your subsidiaries Saudi Aramco Energy Ventures and Saudi Aramco Trading Company. These claim-charts demonstrate sample evidence of Saudi Aramco's past and continual infringement of my patents listed above, while ignoring the prior notification.  The Saudi Aramco main site seems to have recently removed the infringements on these patented inventions, making the site much duller and far less effective in telling Saudi Aramco stories, products and services, stimulating interest and enabling transactions. However, even with the recent removal of the infringements on this site, Saudi Aramco still needs to account for its prior use and subsidiaries' past, present, and future uses of these patents.

I am repeating below what I had stated and data and contact requests made in the September 2017 infringement notification letter I sent to Mr. Nasser (Attachment 1):

The use of these patents provides a highly effective tool for increasing hit rate, eye-share and browsing time, and viewership and mind-share. It is a tremendous marketing, sales, and public-relations tool, benefitting your company through:

- Increased viewer attention leading to increased time a visitor spends on the page through active and dynamic motion of the site content (comparing to a static page),
- Enhanced ranking of your site in Search Engine Optimization due to this increased customer attention,
- Increasing the utility and use of the "high value real estate" on your websites allowing the attractive time multiplexed exposure of high value products and contents/information on a home page, a landing page, or any page for which a static display would not provide sufficient space to display objects and subjects that are desirable to be displayed in the page,
- Allowing efficient navigation to specific marketing and purchase pages straight from the dynamically displayed products and contents that catch the viewer interest.
- The marketing and product information would otherwise need to be accessed through a conventional search, and complex, multi-click paths, while the purchasing venue would require an even larger number of clicks.

I urge that Saudi Aramco convert the willfully illegal use and thus theft of these ones of my patents by reaching out to me to seek a use-license to convert the patent theft into lawfully licensed use. I am willing to help you review your use of these patents and recommend more skilled, optimized, improved and expanded use of these inventions to further advance positive commercial impact of your websites.

In preparation for such discussions and for the purpose of determining the proper royalty and licensing fees, it will be necessary to determine the level of past and present use of these patented inventions by Saudi Aramco and subsidiaries, as well as your desired/intended future use.

For this purpose, we ask that you provide the following information at the earliest possible time, but no later than three weeks after receipt of this letter:

- The web-addresses of all pages on your sites that utilize the technology covered by these patents above, and the dates that each of your sites began to use this patented technology;
- Total annual revenues of your company and that of your subsidiaries starting from three years prior to the time that you first used this patented invention, as well as that of all of your subsidiaries after you started using this technology;
- By month, for of all of your sites as well as the sites of your subsidiaries:
- Statistics of the time visitors to your sites spend on each page utilizing the patented invention;
- Statistics of the number of clicks for each image moved into the user's view without the user doing anything, and subsequent clicks following the clicks on the said images;

- Revenues derived from pages linked from each image moved into the user's view without the user doing anything.

Your marketing and website operations departments should normally have this information already in their database. Please send the above information by email to: enforcement@mccinvent.com.

Absent receiving a response from the Saudi Aramco to this e-mail address within the next ten business days indicating a willingness to enter into licensing discussions regarding the above patents, and your company providing the above requested material within three weeks of your receipt of this letter, we demand that you discontinue the use of this patented invention immediately. In such case, the use of this IP up to the date of stop-use still needs to be accounted for in detail, and fully paid.

Theft of Intellectual Property (IP) damages the Saudi Aramco's global image and aspirations as well as that of Saudi Arabia. I hope at this time Saudi Aramco is motivated to convert the unauthorized and illegal use of my Intellectual Property into lawful licensed use in support of the modernizing of Saudi Arabia.

Sincerely,

*Catherine L=Hendel*

Dr. Catherine Lin-Hendel, Ph.D. Physics

Founder and Managing Director

Make Communications & Computing, MCC Invent, MCC IP

Attachments:

1. Notification sent in September 2017 including an example Claim Chart of Saudi Aramco English homepage http://www.saudiaramco.com/en/home.html infringing on US Patent 9,405,852 with screen shots captured in September 2017.

2. Example claim-chart of Saudi Aramco Energy Venture site infringement captured on 2/22/2019. As of 3/22, 2019 the infringement remains the same.

3. Example claim-chart of Saudi Aramco Trading Company site infringement captured on 2/22/2019. As of 3/22, 2019 the infringement remains the same.

# Claim Chart for independent claims of US Patent No: 8108792

Saudi Aramco Energy Ventures (SAEV) Homepage
Screen shot captured in February 2019

| Patent 8108792 Title | Automated scrolling of browser content and automated activation of browser links |
|---|---|
| **Independent Claim 1.** A method of displaying and navigating through a website, comprising: displaying on a display of a computer a page of the website; and during the displaying operation and without any user-initiated actions, automatically scrolling at least part of the page while the user of the computer does nothing. | Saudi Aramco Energy Ventures homepage: https://saev.com/ has a total of 8 images that automatically scrolls into a designated display area at the top portion of the page in time-sequence. Each image displays for approximately 9 seconds, then it scrolls out of the display area automatically, while the next image automatically scrolls into the same display area, while the user does nothing.<br><br>Screen shot when arriving at the home page URL https://saev.com/ :<br><br>https://saev.com<br>in CB<br>saudi aramco<br>touching lives & communities around the globe |
| **Independent Claim 11.** An apparatus for displaying and navigating through a website, the apparatus comprising a computer configured to perform a method comprising: displaying on a computer display a browser window having a field of view for displaying a page of the website within the field of | After approximately 9 seconds without any user-initiated action, a new mage/content is automatically scrolled into view in this part of the page.<br><br>in CB<br>saudi aramco<br>TARGET |

| | |
|---|---|
| view; and during the displaying operation and without any user-initiated actions, automatically scrolling at least part of the page while the user of the computer does nothing. | After another approximately 9 seconds without any user-initiated action, a new image/content is automatically scrolled into view in the part of the page.<br> |
| **Note:** The 8 images then continue to automatically loop in time-sequenced cycles displaying time-sequentially in the designated display area in this top portion of the page, without any user-initiated action as the previously displaying image/content-set automatically scrolls off the portion of the page while the next image/content-set scrolls into view in this portion of the page, automatically, while the user does nothing to cause this to happen. | During the Displaying Operation, after another approximately 9 seconds without any user-initiated action, the image above scrolls off the portion of the page, and a new image/content below is automatically scrolled into the part of the page.<br><br>After Another approximately 9 seconds, without any user-initiated action, the image above automatically scrolls off the portion of the page while a new image/content is automatically scrolled into view in the portion of the page. |

**Note A:**
Patent 8108792 contains 2 Independent claims, and 20 Total claims.

Note B:
US Patent 8108792 is one of the patents belonging to the family of Patents: 7308653, 7712044, 8108792, 8850352, 9053205, and 9,405,852.

https://saev.com/ may similarly infringe on several other patents in the family of patented inventions teaching a variety of methods and systems to dynamically and attractively display many images/content-sets in a prominent display area of a webpage in order to attract more viewer attention by providing more information value dynamically in a limited prominent display area on a webpage.



After Another approximately 9 seconds, without any user-initiated action, the image above automatically scrolls off the portion of the page while a new image/content is automatically scrolled into view in the portion of the page.



After Another approximately 9 seconds, without any user-initiated action, the image above automatically scrolls off the portion of the page while a new image/content is automatically scrolled into view in the portion of the page.



After Another approximately 9 seconds, without any user-initiated action, the image above automatically scrolls off the portion of the page while a new image/content is automatically scrolled into view in the portion of the page.

**Note C:**

**Each of the images/content-sets can be programed to represent a subject or object, when clicked, brings a webpage related to the subject or the object to display for the user.**

**Patents can be downloaded and printed for free from: www.freepatentsonline.com by entering each patent number.**

**For example:**

**9,405,852** Title: Automated Changing of Content Set Displaying in the Display Screen of a Browser and Automated Activation of Links Contained in the Displaying Content Set.

Claim 1: A computer implemented method of programming digital content to be displayed on an interactive display screen of an electronic display device to be viewed by a user, the interactive display screen is actionable by a user command, the method comprising: displaying a page of content on the interactive display screen, wherein the page comprises a designated area for displaying one or more of a plurality of sets of content wherein the space required to display the plurality of sets of content collectively is larger than the space available in the designated area at a given point in time; displaying, in the designated area, a first set of content of the plurality of sets of content for a first period of time; and automatically moving, into the designated area and replacing the first set of content, a second set of content of the plurality of sets of content for a second period of time, thus continually and automatically progressing to display a next set of content of the plurality of sets of content by replacing the immediate preceding set of content currently displayed in the designated area; wherein each set of content comprises at least one actionable link linking to additional actionable content related to an object represented in the respective set of content currently being displayed in the designated area; and displaying, upon activation of the at least one of the actionable links, the additional content related to the object by the display device, separately from the displaying of the each set of content in the designated area.


**9,053,205**
Claim 1. A computer implemented method for displaying and navigating a webpage, comprising: displaying a webpage, wherein the webpage contains a designated area displaying a first set of content comprising a pictorial digital representation and wherein the first set of content is displayed in a stationary fashion for a period of time; and automatically scrolling without any user-initiated actions the content within the designated area such that the first set of content is replaced by a second set of content comprising a pictorial digital representation, wherein the second set of content is displayed in a stationary fashion for a period of time.

Complete Specifications and Claims of Patents 7308653, 7712044, 8108792, 8850352, 9053205, and 9405852 can be downloaded for free from: www.freepatentsonline.com by entering each patent number.

# Claim Chart for independent claims of US Patent No: 8108792
Saudi Aramco Trading Company (SATC) Homepage
Screen shot captured in February 2019

| Patent 8108792 Title | Automated scrolling of browser content and automated activation of browser links |
|---|---|
| **Independent Claim 1.** A method of displaying and navigating through a website, comprising: displaying on a display of a computer a page of the website; and during the displaying operation and without any user-initiated actions, automatically scrolling at least part of the page while the user of the computer does nothing. | Saudi Aramco Energy Ventures homepage: https://aramcotrading.com/ has a total of 4 images that automatically scrolls into a designated display area at the top portion of the page in time-sequence. Each image displays for approximately 6.5 seconds, then it scrolls out of the display area automatically, while the next image automatically scrolls into the same display area, while the user does nothing. <br><br> Screen shot when arriving at the home page URL https://aramcotrading.com/ : <br><br>  |
| **Independent Claim 11.** An apparatus for displaying and navigating through a website, the apparatus comprising a computer configured to perform a method comprising: displaying on a computer display a browser window having a field of view for displaying a page of the website within the field of | After approximately 6.5 seconds without any user-initiated action, a new image/content is automatically scrolled into view in this part of the page. <br><br>  |

| | |
|---|---|
| view; and during the displaying operation and without any user-initiated actions, automatically scrolling at least part of the page while the user of the computer does nothing.<br><br>Note: The 4 images then continue to automatically loop in time-sequenced cycles displaying time-sequentially in the designated display area in this | After another approximately 6.5 seconds without any user-initiated action, a new image/content is automatically scrolled into view in the part of the page. |
| top portion of the page, without any user-initiated action as the previously displaying image/content-set automatically scrolls off the portion of the page while the next image/content-set scrolls into view in this portion of the page, automatically, while the user does nothing to cause this to happen. | During the Displaying Operation, after another approximately 6.5 seconds without any user-initiated action, the image above scrolls off the portion of the page, and a new image/content below is automatically scrolled into the part of the page.  |

**Note A:**
**Patent 8108792 contains 2 Independent claims, and 20 Total claims.**

**Note B:**
**US Patent 8108792 is one of the patents belonging to the family of Patented Inventions: 7308653, 7712044, 8108792, 8850352, 9053205, and 9,405,852.**

https://aramcotrading.com/ may similarly infringe on several other patents in the family of patented inventions teaching a variety of methods and systems to dynamically and attractively display many images/content-sets in a prominent display area of a webpage in order to attract more viewer attention by providing more information value dynamically in a limited prominent display area on a webpage.

Note C:
Each of the images/content-sets can be programed to represent a subject or object, when clicked, brings a webpage related to the subject or the object to display for the user.

Patents can be downloaded and printed for free from: www.freepatentsonline.com by entering each patent number.

For example:

**9,405,852** Title: Automated Changing of Content Set Displaying in the Display Screen of a Browser and Automated Activation of Links Contained in the Displaying Content Set.

Claim 1: A computer implemented method of programming digital content to be displayed on an interactive display screen of an electronic display device to be viewed by a user, the interactive display screen is actionable by a user command, the method comprising: displaying a page of content on the interactive display screen, wherein the page comprises a designated area for displaying one or more of a plurality of sets of content wherein the space required to display the plurality of sets of content collectively is larger than the space available in the designated area at a given point in time; displaying, in the designated area, a first set of content of the plurality of sets of content for a first period of time; and automatically moving, into the designated area and replacing the first set of content, a second set of content of the plurality of sets of content for a second period of time, thus continually and automatically progressing to display a next set of content of the plurality of sets of content by replacing the immediate preceding set of content currently displayed in the designated area; wherein each set of content comprises at least one actionable link linking to additional actionable content related to an object represented in the respective set of content currently being displayed in the designated area; and displaying, upon activation of the at least one of the actionable links, the additional content related to the object by the display device, separately from the displaying of the each set of content in the designated area.

**9,053,205**
Claim 1. A computer implemented method for displaying and navigating a webpage, comprising: displaying a webpage, wherein the webpage contains a designated area displaying a first set of content comprising a pictorial digital representation and wherein the first set of content is displayed in a stationary fashion for a period of time; and automatically scrolling without any user-initiated actions the content within the designated area such that the first set of content is replaced by a second set of content comprising a pictorial digital representation, wherein the second set of content is displayed in a stationary fashion for a period of time.

Complete Specifications and Claims of Patents 7308653, 7712044, 8108792, 8850352, 9053205, and 9405852 can be downloaded for free from: www.freepatentsonline.com by entering each patent number.

|  | Make Communications & Computing | Dr. Catherine G. Lin-Hendel, Ph.D. Physicist |
|---|---|---|
| | MCC Invent   MCCIP Important Solutions for Serious Problems | 26 Ridge Road, Summit, NJ 07901 Catherine@mccinvent.com Cell: 408-761-3559; Land: 908-273-3378 |

September 20, 2017;                                          Sent by Email and US Postal Air Mail

Subject: Notification to Saudi Aramco on infringement of US Patent 9,405,852

Saudi Aramco Board and Executive Management
President and Chief Executive Officer of Saudi Aramco
Mr. Amin H. Nasser
Corporate Communications Department, Saudi Aramco,
North Admin Building, Dhahran 31311, Saudi Arabia
Email: webmaster2@aramco.com

Dear Mr. Amin H. Nasser:

This is a letter of notification to the Saudi Aramco and its subsidiaries on the unauthorized use of at least one of patented inventions among my Intellectual Property (IP) protected by the following US patents: 7,308,653、 7,712,044、 8,108,792、 8,850,352、 9,053,205、 9,405,852. The family of patents teaches various methods and systems to dynamically and automatically change the displaying of content in at least one designated prime display areas of a webpage dynamically displaying multiple sets of images/content-sets in a time-sharing fashion in the same designated prime display area. While I am attaching an infringement example occurring on the homepage of your www.saudiaramco.com site presently against 9,405,851, I have seen this and your subsidiary sites infringing on 8,108,792 and other patents at various times.

The unauthorized use of patented inventions is a serious matter constituting Intellectual Property (IP) theft. In view of the effort by the President of the United States of America to resolve the International theft of US intellectual property and the serious trade imbalances between USA and its trading partners, I am sending this notification with the claim chart illustrating the above mentioned infringement on 9,405,851. However, there may be many other pages on your websites and those of your subsidiaries either similarly or differently infringing on some or all of the above listed patents.

You may download these patents for free from http://www.freepatentsonline.com/ by entering each patent number (without the comma's) listed above and review the claims against all of Saudi Aramco's and subsidiaries' websites and pages. It is your responsibility to provide an honest and complete list of infringements and the time periods of infringements.

The use of these patents provides a highly effective tool for increasing hit rate, eye-share and browsing time, and viewership and mind-share. It is a tremendous marketing, sales, and public-relations tool, benefitting your company through:

- Increased viewer attention leading to increased time a visitor spends on the page through active and dynamic motion of the site content (comparing to a static page),
- Enhanced ranking of your site in Search Engine Optimization due to this increased customer attention,
- Increasing the utility and use of the "high value real estate" on your websites allowing the attractive time multiplexed exposure of high value products and contents/information on a home page, a landing page, or any page for which a static display would not provide sufficient space to display objects and subjects that are desirable to be displayed in the page,
- Allowing efficient navigation to specific marketing and purchase pages straight from the dynamically displayed products and contents that catch the viewer interest.
- The marketing and product information would otherwise need to be accessed through a conventional search, and complex, multi-click paths, while the purchasing venue would require an even larger number of clicks.

I, as the inventor and patent owner wish to initiate licensing discussions with Saudi Aramco on your prior use as well as the present and intended continual and future use of these patents under reasonable and non-discriminatory terms. Part of the licensing will be a review of your use of the patents with recommendations on optimizing the commercial impact of the auto scrolling and auto-change of content technologies specifically to your business and your sites.

Website contents change from time to time. In preparation for such discussions and for the purpose of determining the proper licensing fees for a non-exclusive use-license, it will be necessary to determine the level of past and present use of this patented invention by your company and intended future use.

For this purpose, we ask that you provide the following information at the earliest possible time, but no later than one month after receipt of this letter:

- The web-addresses of all pages on your sites that utilize the technology covered by these patents above, and the dates that each of your sites began to use this patented technology;
- Total annual revenues of your company and that of your subsidiaries starting from three years prior to the time that you first used this patented invention, as well as that of all of your subsidiaries after you started using this technology;
- By month, for of all of your sites as well as the sites of your subsidiaries:
- Statistics of the time visitors to your sites spend on each page utilizing the patented invention;
- Statistics of the number of clicks for each image moved into the user's view without the user doing anything, and subsequent clicks following the clicks on the said images;
- Revenues derived from pages linked from each image moved into the user's view without the user doing anything.

Your marketing and website operations departments should normally have this information already in their database. Please send the above information by email to: enforcement@mccinvent.com.

Absent receiving a response from Saudi Aramco to this e-mail address within the next ten business days indicating a willingness to enter into licensing discussions regarding the above patents, and providing the above requested material within one month of your receipt of this letter, we demand that you discontinue the use of this patented invention immediately. In such case, the use of this IP up to the date of stop-use still needs to be accounted for in detail, and royalty and licensing fees paid.

Theft of Intellectual Property (IP) damages the Saudi Aramco's global image and aspirations and that of Saudi Arabia. I hope at this time Saudi Aramco is motivated to convert the unauthorized illegal theft use of my IP into lawfully licensed use.

Sincerely,

*Catherine Lin-Hendel*

Dr. Catherine Lin-Hendel, Ph.D. Physics

Founder and Managing Director

Make Communications & Computing, MCC Invent, MCC IP

Attachments:

An example Claim Chart of Saudi Aramco's Infringement on US Patent 9,405,852 on the Saudi Aramco main site's English homepage http://www.saudiaramco.com/en/home.html with screen shots captured in July and September of 2017.

# Claim Chart for independent claims of US Patent No: 9405852

## Saudi Aramco Site - Screen shots taken July 30, 2017

| | |
|---|---|
| **Title:** Automated Changing of Content Set Displaying in the Display Screen of a Browser and Automated Activation of Links Contained in the Displaying Content Set. | |
| **Claim 1:** A computer implemented method of programming digital content to be displayed on an interactive display screen of an electronic display device to be viewed by a user, the interactive display screen is actionable by a user command, the method comprising: displaying a page of content on the interactive display screen, wherein the page comprises a designated area for displaying one or more of a plurality of sets of content wherein the space required to display the plurality of sets of content collectively is larger than the space available in the designated area at a given point in time; displaying, in the designated area, a first set of content of the plurality of sets of content for a first period of time; and automatically moving, into the designated area and | Screen shot when arriving at the Saudi Aramco home page (http://www.saudiaramco.com/en/home.html):<br><br><br>During the Displaying Operation, after approximately 10 seconds without any user-initiated actions, new content is automatically scrolled into at least part of the page<br> |

| | |
|---|---|
| replacing the first set of content, a second set of content of the plurality of sets of content for a second period of time, thus continually and automatically progressing to display a next set of content of the plurality of sets of content by replacing the immediate preceding set of content currently displayed in the designated area; wherein each set of content comprises at least one actionable link linking to additional actionable content related to an object represented in the respective set of content currently being displayed in the designated area; and displaying, upon activation of the at least one of the actionable links, the additional content related to the object by the display device, separately from the displaying of the each set of content in the designated area. | During the Displaying Operation, after approximately 10 seconds without any user-initiated actions, new content is automatically scrolled into at least part of the page  During the Displaying Operation, after approximately 10 seconds without any user-initiated actions, new content is automatically scrolled into at least part of the page  |
| | The images then continue to loop in a cycle from the beginning and without any user-initiated actions as new content automatically moving into at least part of the page Each of the images when clicked or activated by other means, link the viewer to further information or action venue related to the image. This infringes on Patents 7308653B; 7712044B2; 8108792B2; 9053205; and 9,405,852 as shown in Note B below. |

> **Independent Claim 11:** A system for interactively displaying digital content on an electronic display device, the system manipulating the digital content to display in a dynamic and user friendly manner, the system comprising at least one computing device comprising a non-transitory computer readable storage media further comprising executable instructions, further comprising: at least one hardware processor coupled to the non-transitory computer readable storage media which executes the instructions and is configured to: display a page of content on an interactive display screen of the device, wherein the page comprises a designated area for displaying one or more of a plurality of sets of content wherein the space required to display the plurality of sets of content collectively is larger than the space available in the designated area at a given point in time; display, in the designated area, a first set of content of the plurality of sets of content for a first period of time; and automatically moving, into the designated area and replacing the first set of content, a second set of content of the plurality of sets of content for a second period of time, thus continually and automatically progressing to display a next set of content of the plurality of sets of content by replacing the immediate preceding set of content currently displayed in the designated area; wherein each set of content comprises at least one actionable link linking to additional actionable content related to an object represented in the respective set of content currently being displayed in the designated area; and display, upon activation of the at least one of the actionable links, the additional content related to the object by the display device, separately from the displaying of the each set of content in the designated area.

**Note A: Patent 9405802 contains 2 Independent claims, and 26 Total claims.**

**Note B:** Aramco similarly infringes on Patents: 7308653B; 7712044B2; 8108792B2; 9053205; and 9,405,852. Each of the images representing a subject or object scrolling through the Aramco website, when clicked, brings the user to a webpage on the subject or the object the image represents.

**8108792B2**
**Claim 1.** A method of displaying and navigating through a website, comprising: displaying on a display of a computer a page of the website; and during the displaying operation and without any user-initiated actions, automatically scrolling (moving) at least part of the page while the user of the computer does nothing.

**9,053,205**
**Claim 1:** A computer implemented method for displaying and navigating a webpage, comprising: displaying a webpage, wherein the webpage contains a designated area displaying a first set of content comprising a pictorial digital representation and wherein the first set of content is displayed in a stationary fashion for a period of time; and automatically scrolling (moving) without any user-initiated actions the content within the designated area such that the first set of content is replaced by a second set of content comprising a pictorial digital representation, wherein the second set of content is displayed in a stationary fashion for a period of time.

# Claim Chart for independent claims of US Patent No: 8108792

## Saudi Aramco Site - Screen shots taken September, 2017

| **Independent Claim: 1** | |
|---|---|
| 1. A method of displaying and navigating through a website, comprising: displaying on a display of a computer a page of the website; and during the displaying operation and without any user-initiated actions, automatically scrolling at least part of the page while the user of the computer does nothing. | Screen shot when arriving at the Saudi Aramco home page (http://www.saudiaramco.com/en/home.html):<br> |
| Independent Claim: 11 | |
| An apparatus for displaying and navigating through a website, the apparatus comprising a computer configured to perform a method comprising: displaying on a computer display a browser window having a field of view for displaying a page of the website within the field of view; and during the displaying operation and without any user-initiated actions, automatically scrolling at least part of the page while the user of the computer does nothing. | During the Displaying Operation, after approximately 10 seconds without any user-initiated actions, new content is automatically scrolled into at least part of the page<br> |



| | |
|---|---|
| | During the Displaying Operation, after approximately 10 seconds without any user-initiated actions, new content is automatically scrolled into at least part of the page |
| | During the Displaying Operation, after approximately 10 seconds without any user-initiated actions, new content is automatically scrolled into at least part of the page |
| | The images then continue to loop in a cycle from the beginning and without any user-initiated actions as new content is automatically scrolled into at least part of the page |

**Note:** Total claims: 20 and Independent claims: 2