# Claim Chart for Saudi Aramco Trading Company (SATC) Homepage Infringing on US Patents 8108792, 9405852, 7712044 and 10296198
Screen shot captured in December 2019

| Patent 8108792 Title | Automated scrolling of browser content and automated activation of browser links |
|---|---|
| **Independent Claim 1.** A method of displaying and navigating through a website, comprising: displaying on a display of a computer a page of the website; and during the displaying operation and without any user-initiated actions, automatically scrolling at least part of the page while the user of the computer does nothing. | Saudi Aramco Energy Ventures homepage: https://aramcotrading.com/ has a total of 4 images that automatically scrolls into and out of a designated display area at the top portion of the page in time-sequence. Each image displaying for a period of time, then it automatically scrolls out of the display area to the left and off the display screen, while the next image automatically scrolls into the display area from the right, and displays for a next period of time, while the user does nothing.<br><br>Screen shot when arriving at the home page URL https://aramcotrading.com/ :<br> |
| **Independent Claim 11.** An apparatus for displaying and navigating through a website, the apparatus comprising a computer configured to perform a method comprising: displaying on a computer display a browser window having a field of view for displaying a page of the website within the field of | After the above content-set displays for a period of time, without any user-initiated action, it automatically scrolls off a new mage/content is automatically scrolled into view in this part of the page.<br><br> |

| | |
|---|---|
| view; and during the displaying operation and without any user-initiated actions, automatically scrolling at least part of the page while the user of the computer does nothing.<br><br>Note: The 4 images then continue to automatically loop in time-sequenced cycles displaying time-sequentially in the designated display area in this | After the above content-set displays for a period of time, without any user-initiated action, it automatically scrolls to the left off the screen, and a new mage/content is automatically scrolled into view in the designated display area in this part of the page from the right.<br><br> |
| top portion of the page, without any user-initiated action as the previously displaying image/ content-set automatically scrolls off the portion of the page while the next image/content-set scrolls into view in this portion of the page, automatically, while the user does nothing to cause this to happen.<br><br>Note A: The 4 content-sets continue to automatically cycle through the designated display area in this portion of the page each taking its turn in a time-shared fashion. | fter the above content-set displays for a period of time, without any user-initiated action, it automatically scrolls to the left off the screen, and a new mage/content is automatically scrolled into view in the designated display area in this part of the page from the right.<br><br><br><br>A floating icon structure in the form of 4 circular dots is displayed at the center of the bottom of each displaying content-set, one of which is darkened black while the others are colored grey.<br>The set of the non-directional floating icon structure of 4 circular dots instructs the viewer that there are a total of 4 content-sets which are to be displayed in this designated display area, and the darkened-black dot instructs viewer which one of the line-up of 4 images/content-sets is presently displaying in this designated display area. Each of the dots can be used to command the associated content-set |

| | |
|---|---|
| Note B: Each of the content-set can be embedded with a link, linking to a page with more detailed information on the subject depicted in the content-set. When acted upon by the viewer, the linked page is displayed for the viewer. | to be instantly displayed in the display area, in or out of its turn. This feature infringes on 7,712,044.<br><br>There is also a set of floating directional icon structure in two arrows on the left side and the right side of the display area, the one on the left pointing to the left, and the one on the right pointing to the right. The directional floating icon allows a user/viewer/visitor to the site to command scrolling to the next or the previously displaying image/content-set. This feature also infringe on 7,712,044.<br><br>The display operations on the site also infringe on 9405852, 10296198 other patents in this family of patented inventions. |

**Note C:**
Patent 8108792 contains 2 Independent claims, and 20 Total claims.

**Note D:**
US Patent 8108792 is one of the patents belonging to the family of Patented Inventions: 7308653, 7712044, 8108792, 8850352, 9053205, 9405852 and 10296198

https://aramcotrading.com/ **similarly infringes on other patents in the family of patented inventions teaching a variety of methods and systems to dynamically and attractively display many images/content-sets in a prominent display area of a webpage in order to attract more viewer attention by providing more information-value dynamically in a limited prominent display area on a webpage.**

**Note E:**
Each of the images/content-sets can be programed to represent a subject or object, when clicked, brings a webpage related to the subject or the object to display for the user.

**Patents can be downloaded and printed for free from: www.freepatentsonline.com by entering each patent number.**

**7712044   Automated scrolling of browser content and automated activation of browser links**
**Abstract:**
An automatic scrolling mechanism converts an information repository into media that can actively present and "push" information to the users/viewers while retaining existing "pull" and interactivity functions. Automatic scrolling can be controlled by placing a cursor on control icons, such as boxes, lines, and arrow clusters. While the cursor is on an icon, automatic scrolling brings into view content that extends beyond the field of view. The scrolled content is moved into the field of view of the display window in a predetermined direction designated by the icon. Sub-windows are also designed to be independently and automatically scrolled or floated with respect the main window. Links created in an information repository may be automatically activated to retrieve the linked information, and to automatically present and scroll the information. As the content is automatically scrolled, the repository is pushed and the user is allured to further navigate through the repository.

What is claimed is:

1. A method of automatically scrolling displayed content, comprising: in an electronic device with a display and a user input mechanism: displaying content in a display window; displaying a floating icon; and in response to placement by a user of a cursor on the floating icon, and without any further user action, automatically scrolling through content extending beyond a display window into a field of view of the display window in a predetermined direction designated by the floating icon, wherein the automatic scrolling continues without user input.

2. The method according to claim 1, wherein: the floating icon has a top end and a bottom end; and the automatic scrolling further includes: when the cursor is placed on the top end, automatically scrolling the content down to bring the content within the field of view; and when the cursor is placed on the bottom end, automatically scrolling the content up to bring the content within the field of view.

3. The method according to claim 1, wherein: the floating icon has a right-side end and a left side end; and the automatic scrolling further includes: when the cursor is placed on the right-side, automatically scrolling the content left to bring the content within the field of view; and when the cursor is placed on the left-side end, automatically scrolling the content right to bring the content within the field of view.

4. The method according to claim 1, further comprising: in response to movement by the user of the cursor away from the floating icon.

5. The method according to claim 1, further comprising: during the automatic scrolling, determining that a full-screen shift of the content has occurred; and in response to the determining automatically pausing the automatic scrolling.

6. The method according to claim 1, wherein the display window is a browser window, and the content is a page.

7. The method according to claim 1, further comprising: activating a user control to perform at least one of: begin automatic scrolling, stop automatic scrolling, advance scrolling a page, increase scrolling speed, and decrease scrolling speed.

8. A method of automatically scrolling displayed content comprising: in an electronic device with a display and a user input mechanism: displaying content in a display window; displaying a plurality of direction indicators; and in response to placement by a user of a cursor on at least one direction indicator of the plurality of direction indicators, and without any further user action, automatically scrolling through content extending beyond a display window into a field of view of the display window in a predetermined direction designated by the at least one direction indicator, wherein the automatic scrolling continues without user input.

9. An electronic device with a display having a graphical user interface, comprising: a browser display window having a field of view; a user input mechanism; and a floating icon for effectuating automatic scrolling through content in response to a cursor being placed on the floating icon, wherein the automatic scrolling continues without user input.

10. The electronic device according to claim 9, wherein: the floating icon has a top end and a bottom end; and the automatic scrolling further includes: when the cursor is placed on the top end, automatically scrolling the content down to bring the content within the field of view; and when the cursor is placed on the bottom end, automatically scrolling the content up to bring the content within the field of view.

11. The electronic device according to claim 9, wherein: the floating icon has a right-side end and a left side end; and the automatic scrolling further includes: when the cursor is placed on the right-side end, automatically scrolling the content left to bring the content within the field of view; and when the cursor is placed on the left-side end, is automatically scrolling the content right to bring the content within the field of view.

12. The electronic device according to claim 9, further comprising: during the automatic scrolling, determining that a full-screen shift of the content has occurred; and in response to the determining automatically stopping the automatic scrolling.

13. The electronic device according to claim 9, further comprising: in response to movement by the user of the cursor away from the floating icon, automatically stopping the automatic scrolling.

14. The electronic device according to claim 9, wherein the browser display window is a main display window, the electronic device being further configured to display a second display window having a second field of view within the main display window, the second display window comprising; a first floating icon having first and second ends of the first floating icon oriented in a vertical plane for effectuating automatic scrolling vertically through content within the second field of view in direct response to the cursor being placed on a respective one of the first and second ends of the first floating icon; and a second floating icon having third and fourth ends of the second floating icon oriented in a horizontal plane for effectuating automatic scrolling horizontally through content within the second field of view in direct response to the cursor being placed on a respective one of the third and fourth ends of the second floating icon.

15. A method of displaying and navigating through a website comprising: displaying on a display of a computer a page of the website; and during the displaying operation and without any user-initiated actions, automatically scrolling at least part of the page while the user of the computer does nothing.

16. The method according to claim 15, wherein the page includes at least two independent windows.

17. The method according to claim 16, further comprising: automatically scrolling at least part of the at least two independent windows, wherein the at least two independent windows are independently scrolled.

18. The method according to claim 16, further comprising: automatically scrolling at least part of a first independent window of the at least two independent windows at a first speed; and automatically scrolling at least part of a second independent window of the at least two independent windows at a second speed, wherein the second speed is different from the first speed.

19. The method according to claim 16, further comprising: in response to manual inputs by a user, scrolling at least part of a first independent window of the at least two independent windows; and automatically scrolling at least part of a second independent window of the at least two independent windows.

20. The method of claim 15, further comprising: stopping the automatic scrolling in response to a user input.

21. An apparatus for displaying and navigating through a website, the apparatus comprising a computer configured to perform the following: displaying in a computer display a browser window having a field of view for displaying a webpage of the website within the field of view; and during the displaying operation and without any user-initiated actions, automatically scrolling at least part of the webpage while the user of the computer does nothing.

22. The apparatus according to claim 21, wherein the webpage includes at least two independent windows.

23. The apparatus according to claim 22, further comprising: automatically scrolling at least part of the at least two independent windows, wherein the at least two independent windows are independently scrolled.

24. The apparatus according to claim 22, wherein a first independent window of the at least two independent windows is automatically scrolled at a first speed; and a second independent window of the at least two independent windows is automatically scrolled at a second speed, wherein the second speed is different from the first speed.

25. The apparatus according to claim 22, further comprising: means for receiving manual inputs from a user and scrolling at least part of a first independent window of the at least two independent windows; and means for automatically scrolling at least part of a second independent window of the at least two independent windows.

**9,405,852 Automated Changing of Content Set Displaying in the Display Screen of a Browser and Automated Activation of Links Contained in the Displaying Content Set.**

1: A computer implemented method of programming digital content to be displayed on an interactive display screen of an electronic display device to be viewed by a user, the interactive display screen is actionable by a user command, the method comprising: displaying a page of content on the interactive display screen, wherein the page comprises a designated area for displaying one or more of a plurality of sets of content wherein the space required to display the plurality of sets of content collectively is larger than the space available in the designated area at a given point in time; displaying, in the designated area, a first set of content of the plurality of sets of content for a first period of time; and automatically moving, into the designated area and replacing the first set of content, a second set of content of the plurality of sets of content for a second period of time, thus continually and automatically progressing to display a next set of content of the plurality of sets of content by replacing the immediate preceding set of content currently displayed in the designated area; wherein each set of content comprises at least one actionable link linking to additional actionable content related to an object represented in the respective set of content currently being displayed in the designated area; and displaying, upon activation of the at least one of the actionable links, the additional content related to the object by the display device, separately from the displaying of the each set of content in the designated area.

11. A system for interactively displaying digital content on an electronic display device, the system manipulating the digital content to display in a dynamic and user friendly manner, the system comprising at least one computing device comprising a non-transitory computer readable storage media further comprising executable instructions, further comprising: at least one hardware processor coupled to the non-transitory computer readable storage media which executes the instructions and is configured to: display a page of content on an interactive display screen of the device, wherein the page comprises a designated area for displaying one or more of a plurality of sets of content wherein the space required to display the plurality of sets of content collectively is larger than the space available in the designated area at a given point in time; display, in the designated area, a first set of content of the plurality of sets of content for a first period of time; and automatically moving, into the designated area and replacing the first set of content, a second set of content of the plurality of sets of content for a second period of time, thus continually and automatically progressing to display a next set of content of the plurality of sets of

content by replacing the immediate preceding set of content currently displayed in the designated area; wherein each set of content comprises at least one actionable link linking to additional actionable content related to an object represented in the respective set of content currently being displayed in the designated area; and display, upon activation of the at least one of the actionable links, the additional content related to the object by the display device, separately from the displaying of the each set of content in the designated area.

**9,053,205**
1. A computer implemented method for displaying and navigating a webpage, comprising: displaying a webpage, wherein the webpage contains a designated area displaying a first set of content comprising a pictorial digital representation and wherein the first set of content is displayed in a stationary fashion for a period of time; and automatically scrolling without any user-initiated actions the content within the designated area such that the first set of content is replaced by a second set of content comprising a pictorial digital representation, wherein the second set of content is displayed in a stationary fashion for a period of time.

14. A computer implemented method for displaying and navigating a webpage, comprising: displaying a webpage, wherein the webpage contains a designated area displaying a first set of content comprising a digital representation of at least one object and wherein the first set of content is displayed in a stationary fashion for a period of time and contains a link to a webpage displaying information about the at least one object digitally represented in the first set of content; and automatically scrolling without any user-initiated actions the content within the designated area such that the first set of content is replaced by a second set of content comprising a digital representation of at least one object, wherein the second set of content is displayed in a stationary fashion for a period of time and contains a link to a webpage displaying information about the at least one object digitally represented in the second set of content.

**10296198: Automated changing of a content set displaying in a designated display area of a webpage displaying on a display screen of a browser**

**Abstract:** A method and system to program multiple sets of digital content to be displayed in time sequence in a designated display area in a webpage, and automatically changing the displaying content-set, cycling through the multiple sets of content in the designated display area without user initiated action for each change of the displaying content-set.

1. A method of programming a webpage of a website to time-share at least one designated displaying area of a part of the webpage to display a plurality of sets of content one set of content at a time, each for a pre-designated time interval when the webpage is accessed by a user through entering a uniform resource locater (URL) of the webpage into a web-browser on an interactive display screen of an electronic display device, the method comprising: designating and defining the at least one designated displaying area in a user desired displaying area on a desired part of the webpage for displaying a plurality of sets of content; designing a plurality of sets of content that a website owner most want users of the website to see on this part of the webpage, and program the plurality of sets of content to be displayed in the designated displaying area of the webpage and store them in the database of the webpage; designating a time interval for displaying each set of the plurality of sets of content; programming the displaying of the webpage to automatically display the plurality of sets of content one at a time in the designated displaying area of the webpage when the URL is entered into the web-browser by the user, each set of content displaying for a pre-designated time interval for the set of content, including: after a first set of content of the plurality of

sets of content displaying for a first interval of time, automatically removing the first set of content from the designated displaying area, and moving into the designated displaying area a second set of content of the plurality of sets of content for a second interval of time, the second set of content replacing the first set of content so that there is continual and automatic progressing to display a next set of content of the plurality of sets of content by replacing an immediately preceding set of content displayed in the designated displaying area, and continually looping through the plurality of sets of content when no user command is issued for a change, automated looping requiring no user action, except for when an initiation action to commence automated looping is desired; and programming a user-website interaction mechanism used with the designated displaying area of the webpage for the user to receive instructions from the website and for the website to receive a user command.

13. A system comprising a plurality of networked computers and electronic display devices loaded with software programs including website hosting utilities, databases, web-browser software and webpage programming and displaying software linking to the web-browser and the electronic display devices; the system further comprising: a webpage of a website programmed to time-share a designated displaying area in a part of the webpage to display a plurality of sets of content one set of content at a time, each for a pre-designated time interval when the webpage is accessed by a user through entering a uniform resource locater (URL) of the webpage into a web-browser on an interactive display screen of an electronic display device, the system enables: the designation and defining of a displaying area on a part of the webpage for displaying a plurality of sets of important content that a website owner most wants users of the website to see in this designated display area, designing the plurality of sets of content to store in a easily updatable fashion in the database for the webpage and designating a desired time interval to display each set of the plurality of the content set and store the time intervals in an easily updatable fashion in the database of the webpage, displaying the plurality of sets of content in the designated displaying area of the webpage displaying in a web-browser each for a designated time interval when a user enters the URL of the webpage into the web-browser on the electronic display device; the web-browser displaying the webpage on the electronic device automatically displays the plurality of sets of content one at a time in the designated displaying area of the webpage when the URL is entered into the web-browser by the user, each set of content displaying for a pre-designated time interval for the set of content, including: after a first set of content of the plurality of sets of content displaying for a first interval of time, automatically removing the first set of content from the designated displaying area, and moving into the designated displaying area a second set of content of the plurality of sets of content for a second interval of time, the second set of content replacing the first set of content so that there is continual and automatic progressing to display a next set of content of the plurality of sets of content by replacing an immediately preceding set of content displayed in the displaying area, and continually looping through the plurality of sets of content when no user command is issued for a change, automated looping requiring no user action, except for when desired an initiation action to commence automated looping; and a mechanism allowing user-website interaction used with the designated displaying area of the webpage for the user to receive instructions from the website and the website to receive a user command.

Complete Specifications and Claims of Patents 7308653, 7712044, 8108792, 8850352, 9053205, and 9405852 can be downloaded for free from: www.freepatentsonline.com by entering each patent number.