Lin-Hendel et. al.  v  Saudi Aramco et. al.





# Exhibit 6

6A:  Saudi Aramco In-house developed technologies: the most prized and first listed is protected by seven patent applications—see page 2. (10 pages)

6B:  Brows-able Dropdown Informational Categorical Menu(s) for 5 top level categories in www.SaudiAramco.com : Who we are;  Creating value; Making a difference; Partnering with us;  Investors;  IPO.  The drawn line shape around certain sections of the menus indicate subjects relevant to the noble corporate governance, ethics, visons and emphasis on technological development and innovation as fuel for world and community economic future.  (7 pages)

6C:  Brows-able Dropdown Informational Categorical Menu(s) for 5 top level categories in https://Americas.Aramco.com: Who we are;  Creating value; Making a difference; Partnering with us. (6 pages)

6D:  SA/Corporate Governance: Ethics and governance, Living our values. (5 pages)

6E:  SA/Creating value: Investing in Startups, Collaborating with us, Technology Development. (11 pages)

6F:  SA/Making a difference/People and community: Accelerating human potential, Supporting Communities. (13 pages)

Exhibit cover page for Lin-Hendel et. al. v. Saudi Aramco et. al.