https://americas.aramco.com/en/creating-value/technology-and-innovation/technology-breakthroughs











