≡ Menu 



Technology and innovation
## Investing in startups

Saudi Aramco Energy Ventures (SAEV) is a corporate venture capital fund investing globally in early-stage and high-growth technology companies that offer new, scalable technology of strategic value to Aramco.

The Americas team has identified and invested in a number of start-ups with innovative technologies in areas such as information technology, well stimulation tools, valve technology, building fabrication and others.

The team acts as an internal advocate to bring external innovation into the company to supplement our in-house R&D program and activities to provide us with a competitive edge.

☰ Menu 



Technology and innovation
# Collaborate with us

We believe the most progressive organizations look everywhere for ideas, capabilities, and strengths aligned with their own to achieve transformative results. We employ the best and brightest, but we also believe that collaboration with service companies, academics, national labs and other stakeholders delivers impactful results.

Our industry experts hold leadership positions in professional societies and standards setting organizations and are invited to deliver keynotes and technical papers at key conferences around the world to share their knowledge, research and insights on a variety of energy topics.



Researchers in the lab at Aramco Research Center - Houston.

Organizations such as the American Petroleum Institute (API), Society of Petroleum Engineers (SPE), American Association of Petroleum Geologists (AAPG), American Chemical Society (ACS), the Institute of Electrical and Electronics Engineers (IEEE) and Society of Automotive Engineers (SAE) among others look to our active participation and the results of our research and collaborations to help develop recommended best practices or develop standardized certification testing programs.

We maintain research relationships with leading academic institutions and participate in forums that bring industry, business and academia together to take research from the lab into the field and scale-up new technology.



## Careers

Do your best work here. Join our team and enjoy a rewarding career where openness, knowledge sharing, and innovation are at the very core of everything we do.

**APPLY NOW**

☰ Menu 



Creating value
# Technology development

Powering the economies of tomorrow

Continuous investment in technology is an essential enabler of our company's long-

term viability. Our approach helps to reinforce our global position in oil and gas by driving production efficiency and resilience.

We focus on innovative upstream and downstream technologies that make our resources and products more accessible, useful, sustainable, and competitive. By originating impactful, innovative solutions, we can make meaningful, positive contributions to major global energy issues for the benefit of our business, and energy consumers around the world.



Global research centers

With a global network that spans the world, our scientific research continues literally around the clock.

**READ MORE**



## In-house developed technologies

We are engineering solutions in-house that continuously enhance our productivity and efficiency.

**READ MORE**



## Strategic investments

We invest in ideas that have the potential to develop into scalable technologies.

**READ MORE**



The greatest opportunity to reduce emissions from tomorrow's transport sector comes from developing innovative fuel formulations and efficient internal combustion engine technologies today.

**READ MORE**





# TeraPOWERS

Since Saudi Aramco's cornerstone reservoir modeling technology - POWERS - was first deployed in 2000, it has taken evolutionary steps from mega-cell to giga-cell and now to industry-first tera-cell simulation capability. With the world's first trillion-cell run, TeraPOWERS is a major breakthrough for the company and the global scientific community. Achieved in collaboration with the King Abdullah University of Science and Technology, TeraPOWERS will be able to simulate oil migration problems in the Kingdom in a fraction of the time it once took.

**READ MORE**

## Related news



ABU DHABI, November 11, 2019

Saudi Aramco participates in the 2019 Abu Dhabi International Petroleum Exhibition & Conference (ADIPEC).



SAN ANTONIO, Texas, U.S., October 09, 2019

# Geophysicists look to artificial intelligence in digital transformation era

**SEE ALL RELATED NEWS >**



Technology development

## Carbon management

Energy is an essential enabler of human progress. Advancing human progress and economic development while tackling the global climate challenge is the great challenge of our time.

**READ MORE**

Technology development

# Crude to chemicals

Chemicals is the fastest growing crude oil demand sector. It is also the fastest growing segment of our business. So we're working hard to develop new, more efficient ways to convert crude oil into chemicals.

READ MORE

Quick Links

News & Media

Other websites

Social media

© 2019 Saudi Arabian Oil Co.