

People and community
# Accelerating human potential

We believe in the power of energy to transform lives, lift communities, advance human progress, and sustain our planet. When we put our energy to work, we enable others to seize opportunities that can change the world.

The quality of our future depends on what we do today. We recognize that education underlies economic and societal progress, and therefore, we concentrate on building STEM competency in the youth of Saudi Arabia and in communities where we operate internationally.

## Accelerating human potential in the Kingdom

Our ability to maximize value from the Kingdom's resource base is dependent upon developing the next generation of highly skilled workers. Our efforts to boost STEM competency in youth spark imaginative and analytical thinking that may one day help us resolve some of the world's most pressing energy challenges.

Domestically, through our landmark King Abdulaziz Center for World Culture, we run the award-winning iThra Youth initiatives. The Southern Border program promotes STEM skills by engaging students and educators across the Kingdom in hands-on learning experiences. Our

☰ Menu

women entering STEM related fields.



## The King Abdulaziz Center for World Culture

The company's flagship citizenship initiative, the King Abdulaziz Center for World Culture, is positioned to make a tangible, positive impact on the Kingdom's future by inspiring a passion for knowledge, creativity, and cross-cultural engagement. The Center, and the renovated Energy Exhibit, opened in the second half of 2017 and drew more than 44,000 visitors to cultural and educational exhibits and programs.

**FIND OUT MORE**

Reflective of our commitment to help preserve and promote the Kingdom's heritage, and in collaboration with the Saudi Commission for Tourism and National Heritage, we sponsor the "Roads of Arabia" exhibition tour. The exhibition, which showcases the Kingdom as a global

≡ Menu

12/6/2019 Case 2:19-cv-21341-MCA-LDW   Document 1-19   Filed 12/12/19   Page 3 of 13 PageID: 256
Accelerating human potential - Saudi Aramco

saudi aramco

40,000 and 120,000 visitors, respectively.

Our international "Bridges Art Program," comprised of a series of impactful cultural engagements to embrace common values and positively shape wider relationships, continued to offer compelling cultural events in 2017. More than 50 Saudi artists participated in nine exhibitions, including shows at the Los Angeles County Museum of Art and the Brooklyn Museum, drawing more than 320,000 visitors.

# Building skills

We facilitated the launch of the Saudi Arabian Drilling Academy (SADA). Supported and funded by private drilling companies, SADA will help equip Saudis with drilling and workover skills. With 4,000 drilling technicians needed each year to work in the industry in Saudi Arabia, there are significant employment opportunities for trainees.



≡ Menu

أرامكو السعودية
saudi aramco

## Partnering for progress

Working alongside the Princess Nourah University and Wipro Arabia Limited we helped to establish the Kingdom's first all-women business and technology park. Inaugurated in 2016, the park is the largest hub of engineering drafting services, information technology and business process and IT services in the region, and is targeting the creation of employment opportunities for up to 20,000 Saudi women.

In partnership with the Kingdom's Technical and Vocational Training Corporation (TVTC), we supported the opening of 12 national training centers to provide as many as 360,000 young Saudi men and women with a wide range of skill sets and disciplines. We expect the number of training centers to increase to 28 by 2030.

## Fostering entrepreneurs

Small- to medium-size enterprises are key components of economic growth. Our support for Saudi entrepreneurs is designed to nurture new technologies and businesses of potential value to our business as well as strengthen the health of the Kingdom's innovation ecosystem. Since its inception in 2011, our wholly owned subsidiary, the Saudi Aramco Entrepreneurship Center (Wa'ed) has provided support for more than 100 companies, screened new loan and equity applications and provided consulting sessions for potential entrepreneurs.

≡ Menu



# Wa'ed

By combining deep sector knowledge and a collaborative dynamic team, Wa'ed harnesses potential business ideas and cultivates an atmosphere that empowers a new generation of entrepreneurs in the Kingdom.

VISIT THE WEBSITE  >

# Accelerating human potential internationally

Around the world, supporting the communities in which we operate is fundamental to our success and part of our commitment as a sustainable business. Wherever we work, we strive to link our support for the needs and priorities of local communities with our strategic objectives and competencies.

≡ Menu

are in STEM education, youth development, culture, and social welfare. Examples of how and where we have sought to make a positive difference include:

# North America

### The Houston Museum of Natural Science:

Ongoing support for the renovation and expansion of the Wiess Energy Hall in the heart of the energy capital of North America. The museum draws more than two million visitors each year.

### Michigan Science Center (MiSC):

With a mission to inspire curious minds of all ages to discover, explore, and appreciate STEM learning, we supported MiSC with the addition of a new energy module to their "Energy on the Move" traveling exhibit, which reaches more than 300,000 people annually.

# Europe

### The Netherlands — Maastricht University:

Established support for a Ph.D. program focused on sustainable approaches for bio-based materials, including biomass and bioenergy.

### United Kingdom — the Oxford Institute for Energy Studies (OIES):

The Saudi Aramco Fellowship helps support a total of seven Ph.D. fellows in the field of energy studies.

# Asia

### South Korea:

Provided assistance for the design and construction work for a renewable energy themed playground at the Seoul Energy Dream Center, a museum and educational complex.

Backed research and development activities, including $CO_2$ capture and storage, by the Kyoto-based Research Institute of Innovative Technology for the Earth.

**Multiple countries:**

Open to students in China, Malaysia, Singapore, South Korea, and the Philippines, the "Aramco-Enactus Innovative Challenge" inspired students to develop innovative solutions that address issues related to environmental sustainability and energy efficiency in their communities.

# Related News

≡ Menu

☰ Menu 



People and community
# Supporting communities

For us, being a good citizen means more than doing good. It means acting with purpose in mobilizing our resources to generate opportunities that help make a positive impact on people and their communities.

## Supporting communities in the Kingdom

## Helping to hear

As part of our commitment to support communities at home, we identify populations in need where we can make an immediate and positive impact. Our "I Want to Hear" campaign, which completed its second consecutive year in 2017, is one such program. Thousands of employees donated to our program to provide 1,000 hearing aids for people, including hearing assessments and the fitting of the hearing aids.



"I Want To Hear" campaign

## Seeding micro industries

We aspire to make a positive and lasting difference by equipping the people in our local communities with the skills, resources, and know-how to create self-sustaining enterprises.

We endeavor to support programs that draw upon local resources and traditional crafts, seeding micro industries in the Kingdom designed to empower people to shape their own economic future.





# Micro industries

We believe in the power of ideas to create opportunities. And we believe in the power of people to amplify those ideas to generate even more opportunities with greater impact. By connecting people and ideas, we expand the possibilities to spur diversification, drive sustainable economic growth, add meaningful jobs to the labor market, and contribute to the health and well-being of our communities and the people who call them home.

**READ MORE**

# Supporting our international communities

In addition to supporting communities in Saudi Arabia, we seek to contribute meaningful assistance to the communities that host our offices and operations around the world. Our efforts include support for a wide range of citizenship activities, including disaster relief, literacy and STEM skills development, and volunteer work by our employees for charitable causes.

# North America

Our Houston subsidiary is home to our North American office and a number of our affiliates. After the devastating impact of Hurricane Harvey on the city, we assisted with relief efforts, with scores of our employees participating in community volunteer activities. This included

helping organize and pack 300,000 meals for at-risk families and contributing to a Habitat for Humanity project to rebuild 176 homes.

Our Houston office serves as the title sponsor of the Houston Half Marathon, part of the Houston Marathon Weekend. In 2017 hundreds of our employees participated as runners or volunteers for the event, which drew 33,000 participants from 42 countries and raised millions of dollars for local charities.

# Europe

In The Hague, Netherlands, we launched the first ever Aramco Beach Run in 2017. With over 1,500 participants, the event raised funds for the Juliana Children's Hospital, one of the country's leading pediatric hospitals.

# Asia

Through our Aramco Scholarship Program, and in partnership with the charity Community Chest of Korea, in 2017 we supported 86 disabled university students majoring in science and engineering disciplines.



Our people volunteering in the construction of monsoon-proof homes in Batam, Indonesia.

Our Singapore office partner with Habitat for Humanity to support impoverished families in nearby Batam, Indonesia. Through the Batam Build Project, over 2016 and 2017, we built 33 houses able to withstand monsoons.



# Planet

As our business operations expand, so do the initiatives we undertake to ensure we leave an enduring legacy of protecting the planet we all inhabit.

**FIND OUT MORE**

PROMOTING BIODIVERSITY

CLIMATE CHALLENGE

SHAYBAH WILDLIFE SANCTUARY

Quick Links

News & Media

Other websites

Social media

© 2019 Saudi Arabian Oil Co.